AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of South Dakota (Southern Division)

| | |
|---|---|
| Daniel Lipsky _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Martin J. Jackley et. al. _____ <br> *Defendant(s)* | Civil Action No. <br><br> 4:25-cv-04136 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Martin J. Jackley
office of the Attorney General
1302 S.D. Hwy 1889 Suite 1
Pierre SD 57501-8501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Lipsky
7260 W. Azure Dr. #140 box 223
Las Vegas, NV 89130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/5/2025 _____     _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of South Dakota (Southern Division)

|  |  |
|---|---|
| Daniel Lipsky<br>_Plaintiff(s)_<br><br>v.<br><br>Martin J. Jackley et al.<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br><br>4:25-cv-04136 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Thomas Denny Sanford

500 S Minnesota Ave                    1413 S Westward Ho Pl,
Sioux Falls, SD 57104                  Sioux falls, SD 57105
(Work)                                 (Residence)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Lipsky
7260 W. Azure Dr. #140 Box 223
Las Vegas, NV 89130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  8/5/2025                          _Matthew Thelen_
                                        _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of South Dakota (Southern Division)

|  |  |  |
|---|---|---|
| Daniel Lipsky | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. |
| | ) ) | 4:25 -cv- 04136 |
| Martin J. Jackley et al. | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Lawrence L. Piersol
4407 S vista Ln
Sioux falls, SD 57105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel Lipsky
7260 West Azure Dr. # 140 - box 223
Las Vegas, NV  89130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:    8/5/2025

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
District of South DaKota (Southern Division)

| | |
|---|---|
| Daniel Lipsky <br> *Plaintiff(s)* <br><br> v. <br><br> Martin J. JacKley et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:25-cv-04136 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Camela C. Theeler
515 Ninth Street Room 318
Rapid city, SD 57701
(Courthouse)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Lipsky
7260 W. Azure Dr. #140 Box 223
Las Vegas, NV 89130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/5/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of South Dakota (Southern Division)

|  |  |
|---|---|
| Daniel Lipsky <br> *Plaintiff(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| v. | ) Civil Action No. <br> ) <br> ) 4:25-cv-04136 <br> ) |
| Martin J. Jackley et al. <br> *Defendant(s)* | ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eric Claude Schulte
225 South Pierre Street Room 413
Pierre, SD 57501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Lipsky
7260 W. Azure Dr. #140 Box 223
Las Vegas, NV 89130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 8/5/2025

*Signature of Clerk or Deputy Clerk*