UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL LIPSKY, | 4:25-CV-04136-RAL |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| MARTIN J. JACKLEY, IN HIS INDIVIDUAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA; THOMAS DENNY SANFORD, SANFORD HEALTH, A NON-PROFIT PRIVATE CORPORATION; FIRST PREMIER BANK, A FOR-PROFIT PRIVATE CORPORATION; FEDERAL JUDGE LAWRENCE PIERSOL, IN INDIVIDUAL CAPACITY; FEDERAL JUDGE CAMILLA THEELER, IN INDIVIDUAL CAPACITY; FEDERAL JUDGE ERIC SCHULTE, IN INDIVIDUAL CAPACITY; AND JOHN AND JANE DOE 1-12, CURRENTLY UNKNOWN POSSIBLE CO-DEFENDANTS; | |
| Defendants. | |

Based on the Opinion and Order Granting Defendants' Motions to Dismiss and the reasons contained therein, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed under Rules 54 and 58 of the Rules of Civil Procedure with judgment against Plaintiff and for the Defendants hereby entering.

DATED this 5th day of May, 2026.

BY THE COURT:

_____

ROBERTO A. LANGE
CHIEF JUDGE