# United States District Court
# District of South Dakota

Office of the Clerk
400 South Phillips Avenue
Sioux Falls, SD 57104

Matthew  W.  Thelen
Clerk of Court

Telephone
605-330-6600

## Information Regarding Possible Appeal

"An appeal…may be taken only by filing a notice of appeal with the district clerk within the time allowed by Rule 4." Fed. R. App.P.3(a) (1). The appellate filing fee is $605. The obligation to pay the filing fee accrues the moment you file a Notice of Appeal. If you are indigent and cannot pay the filing fee, you can apply for leave to proceed in forma pauperis ("IFP"). If you were previously granted leave to proceed IFP at the district court level, it is not necessary to reapply at the appellate court level; leave to proceed IFP carries over on appeal. If you were/are granted leave to proceed IFP, the appellate filing fee is not required.

The purpose of this information is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the district court in a civil case.

> **This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.**

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days for both sides if the United States is a party) after the date of entry of "the judgment or order appealed from"; or
2. Thirty days (60 days for both sides if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or
3. Thirty days (60 days for both sides if the United States if a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or
4. Fourteen days after the date on which a previously timely Notice of Appeal was filed by another party.

If a Notice of Appeal is not timely filed, a party in a civil case can move the district court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the

motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give opposing parties notice of it. The district court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

_____ DIVISION

CIV. _____

_____,

Plaintiff/Petitioner,

**vs.**                                                    **NOTICE OF APPEAL**

_____,

Defendant/Respondent.

Notice is hereby given that _____, Plaintiff/Petitioner above

named, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the

_____ (Judgment, Order, etc.) entered in this action on the

_____ day of _____, 20___.

Dated this _____ day of _____, 20___.

_____
Plaintiff/Petitioner (Pro Se)

_____
Address

_____
City            State          Zip Code

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff/Petitioner* ) | |
| v. ) | Civil Action No. _____ |
| _____ ) | |
| *Defendant/Respondent* ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| | |
|---|---|
| **Affidavit in Support of the Application** | **Instructions** |
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _____ | Date: _____ |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.  List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.  How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
| --- | --- |
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #*1 (Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #*2 (Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.  State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.      Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | **You** | **Your spouse** |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>　　Are real estate taxes included?　❐ Yes　❐ No<br>　　Is property insurance included?　❐ Yes　❐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| 　　Homeowner's or renter's: | $ | $ |
| 　　Life: | $ | $ |
| 　　Health: | $ | $ |
| 　　Motor vehicle: | $ | $ |
| 　　Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
| 　　Motor vehicle: | $ | $ |
| 　　Credit card *(name)*: | $ | $ |
| 　　Department store *(name)*: | $ | $ |
| 　　Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $              0.00 | $              0.00 |

9.     Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

❐ Yes     ❐ No     If yes, describe on an attached sheet.

10.     Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?     ❐ Yes   ❐ No

If yes, how much?   $ _____

11.     Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12.     Identify the city and state of your legal residence.

Your daytime phone number: _____

Your age: _____     Your years of schooling: _____